### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE SCHEDULING** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Kenan Kaizer, | ) | |
| | ) | Case No. 1:10-cv-085 |
| Defendant. | ) | |

The court shall conduct a scheduling conference with the parties in this case on November 21, 2011, at 9:00 a.m. via telephone. The court shall initiate the conference call. Attached for the parties reference is a sample scheduling and discovery plan. The parties need not submit a proposed plan prior to the conference.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court