**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenan Kaizer, | ) | Case No. 1:10-cv-085 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference scheduled for July 16, 2012, and the trial scheduled for July 31, 2012, are cancelled. Both shall be rescheduled at a date and time to be determined. The court shall contact the parties in the near future to schedule a status conference.

**IT IS SO ORDERED.**

Dated this 14th day of May, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge