## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:10-cv-085 |
| Kenan Kaizer, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is Magistrate Judge Charles S. Miller, Jr.'s Report and Recommendation. See Docket No. 58. Judge Miller recommends denying defendant Kenan Kaizer's motion for judgment on the pleadings. See Docket No. 44. The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 58) in its entirety and **DENIES** the defendant's motion for judgment on the pleadings (Docket No. 44).

**IT IS SO ORDERED.**

Dated this 1st day of August, 2012.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court