**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **SECOND AMENDED SCHEDULING/** |
| | ) | **DISCOVERY ORDER** |
| vs. | ) | |
| | ) | |
| Kenan Kaizer, | ) | Case No. 1:10-cr-085 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on September 14, 2012. Pursuant to the parties' discussions, the pretrial deadlines shall be amended as follows:

1. The parties shall have until February 1, 2013, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff shall have until January 1, 2013, to provide names of expert witnesses and complete reports.

   b. Defendant shall have until February 1, 2013, to provide names of expert witnesses and complete reports.

3. The parties shall have until March 1, 2013, to complete discovery depositions of expert witnesses.

4. The parties shall have until November 12, 2012, to move to amend pleadings to add claims or defenses.

1

5. The parties shall have until March 15, 2013, to file dispositive motions (summary judgment as to all or part of the case

**IT IS SO ORDERED.**

Dated this 17th day of September, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
