**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Odom, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenan Kaizer, | ) | Case No. 1:10-cv-085 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference set for July 2, 2013, and the trial scheduled to commence on July 16, 2013, are cancelled pending final disposition of defendant's Motion for Summary Judgment. They shall be rescheduled as necessary at a date and time to be determined.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court